IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No.  24-279 |
| IVORY COUSINS | : | |

## AMENDED NOTICE OF HEARING

    Take notice that the defendant is scheduled for a Jury Trial to begin Tuesday, April 8, 2025, at 9:00 a.m. before the **Honorable Juan R. Sánchez** in **Courtroom 14B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:    Nancy DeLisle, Courtroom Deputy to J. Sanchez
        Phone: 267-299-7789

Date:    4/4/2025

cc via U.S. Mail:    Defendant
cc via email:    Defense Counsel
        Assistant U.S. Attorney
        U.S. Marshal
        Court Security
        Probation Office
        Pretrial Services
        Interpreter Coordinator